# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MORGAN, RONALD                            §       Case No. 09-42248
                                          §
                   Debtor(s)              §

## UWEEGUUQT'TRUSTEE'S FINAL REPORT (TFR)

The undersigned uweeguuqt"trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Elizabeth C. Berg, Uⱳeeguᴜqt"Trustee _____
                                   Uⱳeeguᴜqt"Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Exhibit A**

| Case No: | 09-42248 | DRC | Judge: DONALD R. CASSLING |
|----------|----------|-----|---------------------------|
| Case Name: | MORGAN, RONALD | | |

For Period Ending:  04/24/15

| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---------------|----------------------------------|
| Date Filed (f) or Converted (c): | 11/06/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 03/31/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. DEPOSIT ON UNBUILT CONDO IN MAUI (u) | 0.00 | 0.00 | | 46,500.00 | FA |
|    1/2 interest in refund of deposit for condo in Maui (new construction). Undisclosed on original petiion; Settled per Ct order dtd 11/2/2012; Net proceeds split 50/50 with ex-spouse.<br><br>   [Note: Asset 1 amended to properly link receipt to this undisclosed asset; former Asset 1 now listed as Asset 20] | | | | | |
| 2. 821 N. WHEATON AVENUE, WHEATON, IL 60187 (u) | 0.00 | 11,000.00 | | 535,000.00 | FA |
|    RE jointly owned with former spouse.  Undisclosed on original petiion; Sold per Ct order dtd 1/8/2010; Net proceeds split 50/50 with ex-spouse.<br><br>   [Note: Asset 2 amended to properly link sale receipt to this undisclosed asset. Former Asset 2 now listed as Asset No. 19] | | | | | |
| 3. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING | 50.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS ETC. | 350.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. LIFE INSURANCE | 100.00 | 0.00 | | 0.00 | FA |
| 9. UNION PENSION | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. 100% RFM ENTERPRISES | 0.00 | 0.00 | | 0.00 | FA |
| 11. 100% AMI, INC. | 100.00 | 0.00 | | 0.00 | FA |
| 12. 100% SUBURBAN EQUIPMENT | 31,700.00 | 30,200.00 | | 17,000.00 | FA |
|    Owned 4 vehicles: 2000 Chevy K250 Pickup (est. MV $2,525); 2001 Ford F150 (est. MV $2,900); 2003 Ford Stake body (est. MV $12,000); 2002 Ford F150 (est. MV $3,250); $11,000 in note receivables | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

**Exhibit A**

| Case No: | 09-42248 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|---|
| Case Name: | MORGAN, RONALD | | | Date Filed (f) or Converted (c): | 11/06/09 (f) |
| | | | | 341(a) Meeting Date: | 12/22/09 |
| | | | | Claims Bar Date: | 03/31/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| --prior trustee sold 2000 Chevy, 2001 Ford F450 and 2003 Ford Stake at auctions per order April 23, 2010<br>--note receivable accounted for in asset 17<br>--2002 Ford F150 not owned by Debtor | | | | | |
| 13. 50% MAXX DEVELOPERS LLC | 5,000.00 | 5,000.00 | | 0.00 | FA |
| Owns 2 parcels of real estate | | | | | |
| 14. 2007 CHEVY SUBURBAN | 23,000.00 | 0.00 | | 0.00 | FA |
| 15. 2008 YAMAHA APEX | 6,000.00 | 3,600.00 | | 0.00 | FA |
| It appears that $3600 of non-exempt equity in used snowmobile was never liquidated by prior TR.  Case is administratively insolvent and costs to locate and sell property are not justified.  ECB successor trustee January 15, 2015, 03:37 pm | | | | | |
| 16. TAX REFUNDS (u) | 0.00 | 150.39 | | 150.39 | FA |
| AMI Inc. refund from State of Illinois | | | | | |
| 17. SUBURBAN EQUIPMENT CHECKING (u) | 4,900.75 | 4,900.75 | | 4,900.75 | FA |
| 18. TAX REFUND (u) | 36,921.69 | 36,921.69 | | 36,921.69 | FA |
| Debtor 2009 US income tax refund | | | | | |
| 19. 1519 FOOTHILL DRIVE, WHEATON, IL 60187 | 450,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted, foreclosed and sold at Sheriff's Sale by secured CR West Suburban Bank. | | | | | |
| 20. WAIKOLOA BEACH VILLAS | 500,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted; Property foreclosed.<br><br>[Note:  Formerly listed as Asset 1] | | | | | |
| INT. Interest Earned (u) | Unknown | N/A | | 4.36 | Unknown |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-42248    DRC    Judge: DONALD R. CASSLING | |
| Case Name: | MORGAN, RONALD | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Date Filed (f) or Converted (c): | 11/06/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 03/31/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,076,672.44 | $91,772.83 | | $640,477.19 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014:  TR Grochochinksi resigned for health reasons on  4-12-14;  Berg appted successor TR 5-19-14.

Successor TR reviewed case docket and prior TR's files; SuceessorTR reconciled accounts,  revised Form I individual

Property Report and determined Assets 1 -20 were fully and properly administered.  Successor TR will review claims and

file final tax estate tax returns prior to closing case.


Prior Trustee activity:

TURNOVER OF DOCUMENTS AND VEHICLES PENDING; SALE OF REAL ESTATE COMPLETED; TAX RETURNS TO BE FILED; LIQUIDATION OF

ASSETS ONGOING; 727 CASE LIKELY; ADVERSARY CASE NO 11A 580 PENDING

Trial conducted. Post trial briefs submitted to Court. Awaiting ruling

Court denied debtor discharge in 11A 580.

Waiting for final tax returns.


Initial Projected Date of Final Report (TFR): 12/30/11        Current Projected Date of Final Report (TFR): 06/30/15

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        09-42248  -DRC
Case Name:   MORGAN, RONALD

Taxpayer ID No:   *******6046
For Period Ending:   05/01/15

Trustee Name:        Elizabeth C. Berg, Succ. Trustee
Bank Name:           BANK OF NY MELLON
Account Number / CD #:   *******9065  Money Market Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312231199065 | Wire in from JPMorgan Chase Bank, N.A. account 312231199065 Wire in from JPMorgan Chase Bank, N.A. account 312231199065 | 9999-000 | 9,953.81 | | 9,953.81 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.34 | | 9,954.15 |
| * 05/13/10 | 011001 | SECRETARY OF STATE VEHICLE SERVICES DEPARTMENT 501 S SECOND STREET SPRINGFIELD, IL  62756 | REQUEST FOR TITLE FORD F450 2990-000         $-65.00 | 2990-003 | | 65.00 | 9,889.15 |
| * 05/13/10 | 011001 | SECRETARY OF STATE VEHICLE SERVICES DEPARTMENT 501 S SECOND STREET SPRINGFIELD, IL  62756 | REQUEST FOR TITLE FORD F450 | 2990-003 | | -65.00 | 9,954.15 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,954.57 |
| 06/15/10 | 011002 | SECRETARY OF STATE VEHICLE SERVICES DEPT 501 S SECOND STREET SPRINGFIELD, IL  62756 | REQUEST FOR TITLE ON FORD F450 2990-000         $-95.00 | 2990-000 | | 95.00 | 9,859.57 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,859.98 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,860.40 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,860.81 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,860.89 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,860.97 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,861.05 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,861.13 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,861.21 |
| 02/15/11 | 011003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE | 2300-000 | | 6.49 | 9,854.72 |

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 09-42248 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MORGAN, RONALD | Bank Name: | BANK OF NY MELLON |
| | | Account Number / CD #: | *******9065 Money Market Account |
| Taxpayer ID No: | *******6046 | | |
| For Period Ending: | 05/01/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | #09-42248, Bond#016026455 | | | | |
| | | | 2300-000        $-6.49 | | | | |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,854.79 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,854.87 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,854.95 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,855.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,855.11 |
| 07/29/11 | 16 | JUDY BAR TOPINKA | TURNOVER OF REFUND PERIOD END | 1224-000 | 150.39 | | 10,005.50 |
| | | TREASURER OF STATE OF ILLINOIS | 12/2009/AMI, INC. | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,005.58 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.90 | 9,986.68 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,986.76 |
| 08/31/11 | 011004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 16.93 | 9,969.83 |
| | | LOCKBOX 577 | 2990-000        $-16.93 | | | | |
| | | CAROL STREAM, IL 60132 | | | | | |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,944.83 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,944.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,919.91 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,919.99 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,894.99 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,895.07 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,870.07 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,870.15 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,845.15 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,845.23 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,820.23 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 9,820.23 | 0.00 |
| | | | 9999-000        $-9,820.23 | | | | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Ver: 18.04

Page:   3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42248 -DRC | |
| Case Name: | MORGAN, RONALD | |
| | | |
| Taxpayer ID No: | *******6046 | |
| For Period Ending: | 05/01/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | BANK OF NY MELLON |
| Account Number / CD #: | *******9065 Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 10,107.55 | 10,107.55 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 9,953.81 | 9,820.23 | |
| | | | | Subtotal | | 153.74 | 287.32 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 153.74 | 287.32 | |

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-42248 -DRC |
|---|---|
| Case Name: | MORGAN, RONALD |

| Taxpayer ID No: | *******6046 |
|---|---|
| For Period Ending: | 05/01/15 |

| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801 DDA |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 9,820.23 | | 9,820.23 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | 8.73 | 9,811.50 |
| | | | 2300-000        $-8.73 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 11.75 | 9,799.75 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 16.32 | 9,783.43 |
| 04/03/12 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | -16.32 | 9,799.75 |
| 06/05/12 | 005002 | EUNICE SACHS AND ASSOCIATES 218 SHEA DRIVE FLOSSMOOR, IL  60422- | DEPOSITION OF RONALD MORGAN | 2990-000 | | 197.00 | 9,602.75 |
| | | | 2990-000        $-197.00 | | | | |
| 06/25/12 | 17 | WEST SUBURBAN BANK LOMBARD, IL  60148- | TURNOVER OF BANK ACCOUNT | 1229-000 | 4,900.75 | | 14,503.50 |
| 07/02/12 | 18 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 36,921.69 | | 51,425.19 |
| 07/11/12 | 005003 | EUNICE SACHS & ASSOCIATES 218 SHEA DRIVE FLOSSMOOR, IL  60462- | INV. 41276/DEPOSITION OF RONALD MORGAN/5/30/12 | 2990-000 | | 530.00 | 50,895.19 |
| | | | 2990-000        $-530.00 | | | | |
| 09/11/12 | | Green Bank | Bank Service Fee | 2600-000 | | 90.07 | 50,805.12 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 71.43 | 50,733.69 |
| 10/31/12 | | Green Bank 401 Greenbriar Houston, TX 77098 | Bank Service Fee | 2600-000 | | 81.86 | 50,651.83 |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 84.37 | 50,567.46 |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42248 -DRC | |
| Case Name: | MORGAN, RONALD | |
| | | |
| Taxpayer ID No: | *******6046 | |
| For Period Ending: | 05/01/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 401 Greenbriar Houston, TX  77098 | | | | | |
| 12/03/12 | 005004 | CHRISTINE PETERSON 517 INDIANA STREET WHEATON, IL  60187 | WITNESS FEE AND TRAVEL EXPENSE 2990-000      $-56.65 | 2990-000 | | 56.65 | 50,510.81 |
| 12/31/12 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 76.27 | 50,434.54 |
| 01/15/13 | 005005 | JACKLEEN DE FINI, CSR, RPR US COURTHOUSE 219 S DEARBORN STREET ROOM 661/667 CHICAGO, IL  60604 | TRIAL TRANSCRIPT /11A 00580 2990-000      $-771.00 | 2990-000 | | 771.00 | 49,663.54 |
| 01/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 81.10 | 49,582.44 |
| 02/21/13 | 005006 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Bond#016026455 2300-000      $-47.70 | 2300-000 | | 47.70 | 49,534.74 |
| 02/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 72.26 | 49,462.48 |
| 03/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 79.81 | 49,382.67 |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        09-42248  -DRC
Case Name:   MORGAN, RONALD

Trustee Name:                    Elizabeth C. Berg, Succ. Trustee
Bank Name:                       GREEN BANK
Account Number / CD #:    *******4801  DDA

Taxpayer ID No:  *******6046
For Period Ending:  05/01/15

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/03/13 | 1 | GREENBERG TRAURIG LLP<br>200 PARK AVENUE<br>FLORHAM, NJ  07932 | CLAIM FOR REFUND OF SECURITY<br>DEPOSIT RE:  HAWAIIAN CONDO | 1229-000 | 46,500.00 | | 95,882.67 |
| 04/16/13 | 005007 | RICHARD L ROST<br>ATTORNEY AT LAW<br>2041 MAIN STREET<br>WAILUKU MAUI, HI | 1/2 SPECIAL COUNSEL FEE<br>Pursuant to Court order 11/2/12<br>     3210-600     $-9,300.00 | 3210-600 | | 9,300.00 | 86,582.67 |
| 04/16/13 | 005008 | RICHARD L ROST<br>ATTORNEY AT LAW<br>2041 MAIN STREET<br>WAILUKU MAUI, HI | 1/2 EXCISE TAX<br>Pursuant to Court order 11/2/12<br>     2820-000     $-387.81 | 2820-000 | | 387.81 | 86,194.86 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 139.08 | 86,055.78 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 148.10 | 85,907.68 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 125.21 | 85,782.47 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 138.42 | 85,644.05 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 147.12 | 85,496.93 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-42248 -DRC | |
| Case Name: | MORGAN, RONALD | |
| Taxpayer ID No: | *******6046 | |
| For Period Ending: | 05/01/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801  DDA |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Houston, TX  77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 124.61 | 85,372.32 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 137.76 | 85,234.56 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 137.54 | 85,097.02 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 132.89 | 84,964.13 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 145.95 | 84,818.18 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 123.62 | 84,694.56 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 127.85 | 84,566.71 |
| 04/02/14 | 005009 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455  2/01/14 | 2300-000 | | 70.18 | 84,496.53 |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Ver: 18.04

FORM 2                                                                                                          Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42248 -DRC | |
| Case Name: | MORGAN, RONALD | |
| | | |
| Taxpayer ID No: | *******6046 | |
| For Period Ending: | 05/01/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET | to 2/10/15 | | | | |
| | | SUITE 420 | 2300-000          $-70.18 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/02/14 | | Transfer to Acct #*******6099 | Bank Funds Transfer | 9999-000 | | 84,224.03 | 272.50 |
| | | | Transfer of Estate funds from prior trustee's account at Green Bank to successor trustee's account at Associated Bank | | | | |
| 07/23/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | 131.97 | 140.53 |
| | | 4000 Greenbriar Drive | The Bank Service Fee actually occurred on April 30, 2014. Delay in posting as a result of prior trustee's | | | | |
| | | Houston, TX 77098 | resignation. | | | | |
| 07/23/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | 140.53 | 0.00 |
| | | 4000 Greenbriar Drive | The Bank Service Fee actually occurred on May 30, 2014. Delay in posting as a result of prior trustee's | | | | |
| | | Houston, TX 77098 | resignation. | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | 98,142.67 | 98,142.67 |
| Less:  Bank Transfers/CD's | 9,820.23 | 84,224.03 |
| Subtotal | 88,322.44 | 13,918.64 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 88,322.44 | 13,918.64 |

Account / CD Balance ($)  0.00

Page: 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-42248 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | MORGAN, RONALD | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6099  Checking Account - ECB Succesor TR |
| Taxpayer ID No: | *******6046 | | |
| For Period Ending: | 05/01/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/14 | | Transfer from Acct #*******4801 | Bank Funds Transfer | 9999-000 | 84,224.03 | | 84,224.03 |
| | | | Transfer of Estate funds from prior trustee's account | | | | |
| | | | at Green Bank to successor trustee's account at | | | | |
| | | | Associated Bank | | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 117.11 | 84,106.92 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 125.05 | 83,981.87 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.86 | 83,857.01 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 120.66 | 83,736.35 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.49 | 83,611.86 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 120.30 | 83,491.56 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.12 | 83,367.44 |
| 01/29/15 | | Elizabeth C. Berg | Proceeds-sale of vehicles | | 8,775.76 | | 92,143.20 |
| | | Successor Trustee | | | | | |
| | | Estate of RFM Enterprises, Inc. | | | | | |
| | | 20 N. Clark St. #200 | | | | | |
| | | Chicago IL 60603 | | | | | |
| | | | Memo Amount:      (      724.24 ) | 3620-000 | | | |
| | | | Auctioneer expenses | | | | |
| | 12 | | Memo Amount:      5,750.00 | 1129-000 | | | |
| | | | Sale proceeds - 2001 Ford F450 | | | | |
| | | | Sale proceeds originally deposited into estate of RFM | | | | |
| | | | Enterprises (case no. 09-42246) by prior trustee; | | | | |
| | | | successor trustee turned over proceeds properly owing | | | | |
| | | | to this estate which owned the vehicle | | | | |
| | 12 | | Memo Amount:      3,750.00 | 1129-000 | | | |
| | | | Sale proceeds - 2000 Chevy Pickup | | | | |
| | | | Sale proceeds originally deposited into estate of RFM | | | | |
| | | | Enterprises (case no. 09-42246) by prior trustee; | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-42248 -DRC | |
| Case Name: | MORGAN, RONALD | |
| Taxpayer ID No: | *******6046 | |
| For Period Ending: | 05/01/15 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6099  Checking Account - ECB Succesor TR |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/15 | | Elizabeth C. Berg Successor Trustee Estate of Ronald P. Morgan, debtor 20 N. Clark St.  #200 Chicago IL 60603 | successor trustee turned over proceeds properly owing to this estate which owned the vehicle Proceeds - sale of vehicle | | 7,089.34 | | 99,232.54 |
| | | | Memo Amount:     (        410.66 ) Auctioneer expense | 3620-000 | | | |
| | 12 | | Memo Amount:        7,500.00 Sale proceeds - 2003 Ford Stake Sale proceeds originally deposited into estate of RFM Enterprises (case no. 09-42246) by prior trustee; successor trustee turned over proceeds properly owing to this estate which owned the vehicle | 1129-000 | | | |
| 02/20/15 | 005001 | Arthur B. Levine Company Adams Levine 60 East 42nd Street New York NY 10165 | 2015 Bond Premium | 2300-000 | | 84.61 | 99,147.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 17,000.00 | COLUMN TOTALS | | 100,089.13 | 941.20 | 99,147.93 |
| | Memo Allocation Disbursements: | 1,134.90 | Less: Bank Transfers/CD's | | 84,224.03 | 0.00 | |
| | | | Subtotal | | 15,865.10 | 941.20 | |
| | Memo Allocation Net: | 15,865.10 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,865.10 | 941.20 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

| Case No: | 09-42248  -DRC |
|---|---|
| Case Name: | MORGAN, RONALD |

| Taxpayer ID No: | *******6046 |
| For Period Ending: | 05/01/15 |

| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|
| Bank Name: | JP Morgan Chase Bank |
| Account Number / CD #: | *******9065  Money Market Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/10 | | ATTORNEY'S TITLE GUARANTY FUND | SALE OF REAL ESTATE | | 9,952.80 | | 9,952.80 |
| | | | Memo Amount:    (      9,952.80 ) | 8500-000 | | | |
| | | | SOPHIA MORGAN 1/2 FUNDS TO SPOUSE | | | | |
| | | | Memo Amount:    (        25.00 ) | 2820-000 | | | |
| | | | CITY STAMP | | | | |
| | | | Memo Amount:    (       175.00 ) | 2500-000 | | | |
| | | | ATG FEES AND TRANSFERS | | | | |
| | | | Memo Amount:    (        53.43 ) | 2500-000 | | | |
| | | | WHEATON SANITARY DISTRICT FINAL BILL - SANITARY DISTRICT | | | | |
| | | | Memo Amount:    (       400.00 ) | 2500-000 | | | |
| | | | TERMITE INSPECTION | | | | |
| | | | Memo Amount:    (        80.00 ) | 2500-000 | | | |
| | | | ATG OVERNIGHT FEES | | | | |
| | | | Memo Amount:    (        43.00 ) | 2500-000 | | | |
| | | | RELEASE FEES | | | | |
| | | | Memo Amount:    (       802.50 ) | 2820-000 | | | |
| | | | COUNTY AND STATE STAMPS | | | | |
| | | | Memo Amount:    (       475.00 ) | 3210-000 | | | |
| | | | JOHN GROTTO ATTY FEE | | | | |
| | | | Memo Amount:    (     1,925.00 ) | 2500-000 | | | |
| | | | ATG TITLE CHARGES | | | | |
| | | | Memo Amount:    (       369.72 ) | 2820-000 | | | |
| | | | DUPAGE COUNTY TREASURER 2010 REAL ESTATE TAXES | | | | |
| | | | Memo Amount:    (   487,048.97 ) | 4110-000 | | | |
| | | | FIRST MORTGAGE PAYOFF | | | | |
| | | | Memo Amount:    (    12,451.91 ) | 2820-000 | | | |

FORM 2    Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| | |
|---|---|
| Case No: | 09-42248 -DRC |
| Case Name: | MORGAN, RONALD |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 05/01/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | JP Morgan Chase Bank |
| Account Number / CD #: | *******9065 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ATG AS ESCROWEE 2008 REAL ETATE TAX ESCROW | | | | |
| | | | Memo Amount:    (    11,244.87 ) | 2820-000 | | | |
| | | | DUPAGE COUNTY TREASURER 2009 REAL ESTATE TAXES | | | | |
| | 2 | | Memo Amount:       535,000.00 | 1210-000 | | | |
| | | | Gross Proceeds from RE sale | | | | |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 9,952.94 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,953.31 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | INTEREST | 1270-000 | 0.44 | | 9,953.75 |
| | | | {BANK RECON} | | | | |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,953.81 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000231199065 | Wire out to BNYM account 000231199065 | 9999-000 | | 9,953.81 | 0.00 |
| | | | Wire out to BNYM account 000231199065 | | | | |
| | | | 9999-000    $-9,953.81 | | | | |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 535,000.00 | COLUMN TOTALS | 9,953.81 | 9,953.81 | 0.00 |
| Memo Allocation Disbursements: | 525,047.20 | Less: Bank Transfers/CD's | 0.00 | 9,953.81 | |
| | | Subtotal | 9,953.81 | 0.00 | |
| Memo Allocation Net: | 9,952.80 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 9,953.81 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 552,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 526,182.10 | Money Market Account - *******9065 | 153.74 | 287.32 | 0.00 |
| | | DDA - *******4801 | 88,322.44 | 13,918.64 | 0.00 |
| Total Memo Allocation Net: | 25,817.90 | Checking Account - ECB Succesor TR - *******6099 | 15,865.10 | 941.20 | 99,147.93 |
| | | Money Market Account - *******9065 | 9,953.81 | 0.00 | 0.00 |

FORM 2

Page:    13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |
| | |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 05/01/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | JP Morgan Chase Bank |
| Account Number / CD #: | *******9065  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 114,295.09 | 15,147.16 | 99,147.93 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

Ver: 18.04

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                              Date: April 24, 2015

Case Number:   09-42248                    Claim Class Sequence
Debtor Name:   MORGAN, RONALD

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative | Trustee compensation to be paid to successor trustee per settlement for final distribution; prior trustee waives compensation | $0.00 | $0.00 | $0.00 |
| 001 2200-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative | out of pocket expenses to paid in full to prior trustee per settlement for final distribution | $16.70 | $0.00 | $16.70 |
| 001 2100-00 | Elizabeth C. Berg Successor Trustee 20 N. Clark St. #200 Chicago IL 60603 | Administrative | Proposed settlement for final distribution; successor trustee voluntarily sought allowance of compensation less than the maximum available pursuant to section 326 | $7,500.00 | $0.00 | $7,500.00 |
| 001 3410-00 | Alan D. Lasko & Associates 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | Administrative | | $919.40 | $0.00 | $919.40 |
| 001 3420-00 | Alan D. Lasko & Associates 29 S. LaSalle Street Suite 1240 Chicago IL 60603 | Administrative | | $24.76 | $0.00 | $24.76 |
| 001 2700-00 | United States Bankruptcy Court 219 S. Dearborn Street 7th Floor Chicago IL 60604 | Administrative | Deferred filing fee 11 A 00580 | $250.00 | $0.00 | $250.00 |
| 001 3110-00 | INNOVALAW, P.C. 15020 S. RAVINIA AVE., STE. 29 ORLAND PARK, IL 60462 | Administrative | voluntarily reduced amount per settlement for final distribution | $55,000.00 | $0.00 | $55,000.00 |
| 001 3120-00 | INNOVALAW, P.C. 15020 S. RAVINIA AVE., STE 29 ORLAND PARK, IL 60462 | Administrative | out of pocket expenses to be paid in full per settlement for final distribution | $295.23 | $0.00 | $295.23 |
| BOND 999 2300-00 | Arthur B. Levine Company Adams Levine 60 East 42nd Street New York NY 10165 | Administrative | | $84.61 | $84.61 | $0.00 |
| | Subtotal for Class Administrative | | | $64,090.70 | $84.61 | $64,006.09 |
| 6 057 5700-00 | Sophia Morgan Markopolous 821 N. Wheaton Ave. Wheaton, IL 60187 | Priority | allowed claim for DSO per order 4/3/15; balance of claim is unsecured but creditor waives payment from the Estate on account of the unsecured balance of her claim | $20,000.00 | $0.00 | $20,000.00 |
| | Subtotal for Class Priority | | | $20,000.00 | $0.00 | $20,000.00 |
| 1 070 7100-00 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, OH 430543025 | Unsecured | | $13,166.56 | $0.00 | $13,166.56 |

| | EXHIBIT C | | |
|---|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | | Date: April 24, 2015 |

Case Number: 09-42248                                    Claim Class Sequence
Debtor Name: MORGAN, RONALD

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 070 7100-00 | Kendle, Mikuta, & Fenstermaker 221 N. KaSalle St., Suite 1430 Chicago, IL 60601 | Unsecured | | $7,575.00 | $0.00 | $7,575.00 |
| 11 080 7200-00 | Westmont Interior Supply House c/o Ekl Williams LLC,Patrick Williams 901 Warrenville Rd #175 Lisle, IL 60532 | Unsecured | (11-1) Good Sold | $231,749.57 | $0.00 | $231,749.57 |
| 12 080 7200-00 | eCAST Settle assign Capital One Yamaha eCast Settlement Corporation c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | HSBC BANK NEVADA, N.A. | $6,809.65 | $0.00 | $6,809.65 |
| 2 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 198505145 | Unsecured | | $599.28 | $0.00 | $599.28 |
| 3 070 7100-00 | Advanta Bank Corp. POB 3001 Malvern, PA 193550701 | Unsecured | (3-1) CREDIT CARD DEBT | $12,080.56 | $0.00 | $12,080.56 |
| 4 070 7100-00 | Sprint Nextel Correspondence Attn Bankruptcy Dept PO Box 7949 Overland Park, KS 662070949 | Unsecured | | $1,743.43 | $0.00 | $1,743.43 |
| 5 070 7100-00 | CAPITAL ONE BANK USA, N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC 282721083 | Unsecured | | $6,951.06 | $0.00 | $6,951.06 |
| 8 070 7100-00 | Martin Leasing Corporation 300 Fellowship Road Mount Laurel, NJ 08054 | Unsecured | | $6,421.21 | $0.00 | $6,421.21 |
| 9 070 7100-00 | Nicholas & Associates, Inc. c/o Richard P. Darke, Esq. Duane Morris LLP 190 South LaSalle Street, Suite 3700 Chicago, IL 606033433 | Unsecured | Amended claim filed 5/30/14 | $130,220.00 | $0.00 | $130,220.00 |
| | Subtotal for Class Unsecured | | | $417,316.32 | $0.00 | $417,316.32 |
| 7 050 4210-00 | GMAC PO BOX 130424 Roseville, MN 55113 | Secured | Claim withdrawn 1/15/15 (7-1) N07 CHEVK1500 VIN 3GNFK16Y07G315112 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 24, 2015 |

Case Number:   09-42248                                      Claim Class Sequence
Debtor Name:   MORGAN, RONALD

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| | Case Totals: | | | $501,407.02 | $84.61 | $501,322.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## UVEEGUUQT"TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-42248
Case Name: MORGAN, RONALD
Trustee Name: Elizabeth C. Berg, Uvee0Trustee

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | GMAC | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth Berg, Uvee0Trustee | $ | $ | $ |
| Trustee Expenses: F0I  tqej qekpurnk"Rtkqt Trustee | $ | $ | $ |
| Attorney for Trustee Fees: INNOVALAW, P.C. | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates | $ | $ | $ |
| Charges: United States Bankruptcy Court | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |
| Other: INNOVALAW, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                              $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 6 | Sophia Morgan Markopolous | $ | $ | $ |

Total to be paid to priority creditors                        $_____

Remaining Balance                                             $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $                have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | Chase Bank USA, N.A. | $ | $ | $ |
| 3 | Advanta Bank Corp. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Sprint Nextel Correspondence | $ | $ | $ |
| 5 | CAPITAL ONE BANK USA, N.A. | $ | $ | $ |
| 8 | Martin Leasing Corporation | $ | $ | $ |
| 9 | Nicholas & Associates, Inc. | $ | $ | $ |
| 10 | Kendle, Mikuta, & Fenstermaker | $ | $ | $ |

Total to be paid to timely general unsecured creditors              $_____

Remaining Balance                                                               $_____

        Tardily filed claims of general (unsecured) creditors totaling $              have been allowed
and will be paid *pro rata* only after all allowed administrative, priority and timely filed general
(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be
percent.

        Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Westmont Interior Supply House | $ | $ | $ |
| 12 | eCAST Settle assign Capital One Yamaha | $ | $ | $ |

Total to be paid to tardy general unsecured creditors              $_____

Remaining Balance                                                               $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE