UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                §
                                      §
                                      §
MORGAN, RONALD                        §      Case No. 09-42248
                                      §
            Debtor(s)                 §

NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        United States Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
        10:30 a.m.
        on Friday, June 26, 2015
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg,  Successor  Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MORGAN, RONALD § Case No. 09-42248
§
Debtor(s) §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 640,477.19 |
| and approved disbursements of | $ | 541,329.26 |
| leaving a balance on hand of[1] | $ | 99,147.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 7 | GMAC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 99,147.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth Berg Succ. Trustee | $ 7,500.00 | $ 0.00 | $ 7,500.00 |
| Trustee Expenses: D. Grochocinski, Prior Trustee | $ 16.70 | $ 0.00 | $ 16.70 |
| Attorney for Trustee Fees: INNOVALAW, P.C. | $ 55,000.00 | $ 0.00 | $ 55,000.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ 919.40 | $ 0.00 | $ 919.40 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Alan D. Lasko & Associates | $ 24.76 | $ 0.00 | $ 24.76 |
| Charges: United States Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: Arthur B. Levine Company | $ 84.61 | $ 84.61 | $ 0.00 |
| Other: INNOVALAW, P.C. | $ 295.23 | $ 0.00 | $ 295.23 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 64,006.09 |
| Remaining Balance | $ 35,141.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Sophia Morgan Markopolous | $ 20,000.00 | $ 0.00 | $ 20,000.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 20,000.00 |
| Remaining Balance | $ 15,141.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 178,757.10 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 13,166.56 | $ 0.00 | $ 1,115.29 |
| 2 | Chase Bank USA, N.A. | $ 599.28 | $ 0.00 | $ 50.76 |
| 3 | Advanta Bank Corp. | $ 12,080.56 | $ 0.00 | $ 1,023.30 |
| 4 | Sprint Nextel Correspondence | $ 1,743.43 | $ 0.00 | $ 147.68 |
| 5 | CAPITAL ONE BANK USA, N.A. | $ 6,951.06 | $ 0.00 | $ 588.80 |
| 8 | Martin Leasing Corporation | $ 6,421.21 | $ 0.00 | $ 543.92 |
| 9 | Nicholas & Associates, Inc. | $ 130,220.00 | $ 0.00 | $ 11,030.44 |
| 10 | Kendle, Mikuta, & Fenstermaker | $ 7,575.00 | $ 0.00 | $ 641.65 |

Total to be paid to timely general unsecured creditors $ 15,141.84

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 238,559.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Westmont Interior Supply House | $ 231,749.57 | $ 0.00 | $ 0.00 |
| 12 | eCAST Settle assign Capital One Yamaha | $ 6,809.65 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg, Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                     Case No. 09-42248-DRC
Ronald F Morgan, Jr.                                                       Chapter 7
           Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                 Page 1 of 2                   Date Rcvd: Jun 02, 2015
                              Form ID: pdf006              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2015.
db           +Ronald F Morgan, Jr.,    724 MayFair Drive,    Carol Stream, IL 60188-4335
14696591      Advanta Bank,    c/o Becket and Lee,    POB 3001,    Malvern, PA 19355-0701
14954787      Advanta Bank Corp.,    POB 3001,    Malvern, PA 19355-0701
14696592      Bank of America,    POB 15019,    Wilmington, DE 19886-5019
14996730      CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC 28272-1083
14696608    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029)
14696593     +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
14696594      Carpenters Benefit Funds of IL,    P.O. Box 4001,    Geneva, IL 60134-4001
14696595      Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14941408      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14696596     +Chicago Carpenters Trust Funds,    P.O. Box 94432,    Chicago, IL 60690-4432
14696598     +Chris' Taping Co.,    517 W. Indiana St.,    Wheaton, IL 60187-2327
14696599      County of Hawaii,    Real Property Tax Div. -- Aupuni,    101 Pauahi St., Suite 4,
               Hilo, HI 96720-4224
14696601     +District Counsel,    200 W. Adams,    Chicago, IL 60606-5231
14696604      Global Com Inc. USA,    4070 Paysphere Circle,    Chicago, IL 60674-0040
14696610      HSBC,    P.O. Box 17602,    Baltimore, MD 21297-1602
14696609      HSBC,    PO Box 37281,    Baltimore, MD 21297-3281
14696606      Hawaii Electric Light Co.,    P.O. Box 1027,    Hilo, HI 96721-1027
14696607     +Hawaiiana Mgmt Co., Ltd,    711 Kapiolani Blvd, Suite 700,    Honolulu, HI 96813-5249
14696611    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    100 W Randolph 7th Floor,
               Bankruptcy Unit,    Chicago, IL 60601)
14696613      Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
14696616      Kendle, Mikuta, & Fenstermaker,    221 N. KaSalle St., Suite 1430,    Chicago, IL 60601
14696617     +MacNeal,    2384 Paysphere Circle,    Chicago, IL 60674-0023
14696618     +MacNeal Health Network,    3249 S. Oak Park Ave.,    Berwyn, IL 60402-3429
14696620     +Marlin Leasing,    P. O. Box 637,    Mount Laurel, NJ 08054-0637
14696619      Marlin Leasing,    P.O. Box 13604,    Philadelphia, PA 19101-3604
15107739     +Martin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
14696621      Maxx Developers, LLC,    c/o Ronald F. Morgan,    1519 Foothill,    Wheaton, IL 60187
21995282      Nicholas & Associates, Inc.,    c/o Matthew A. Olins, Esq.,    Duane Morris LLP,
               190 South LaSalle Street, Suite 3700,    Chicago, IL 60603-3433
15319455      Nicholas & Associates, Inc.,    c/o Richard P. Darke, Esq.,    Duane Morris LLP,
               190 South LaSalle Street, Suite 3700,    Chicago, IL 60603-3433
14696624     +Realty Associates Fund VII, LP,    403 Eisenhower Lane South,    Lombard, IL 60148-5706
14696626     +RevTech Corporation,    603 Country Club Drive,    Suite F,    Bensenville, IL 60106-1329
14696627     +Sophia Morgan Markopolous,    821 N. Wheaton Ave.,    Wheaton, IL 60187-4136
14696628     +Sykora & Company, LLC,    1S376 Summit Ave., Court C,    Villa Park, IL 60181-3966
14696629     +West Suburban Bank,    711 S Meyers Rd,    Lombard, IL 60148-3770
15461099     +Westmont Interior Supply House,    c/o Ekl Williams LLC,Patrick Williams,
               901 Warrenville Rd #175,    Lisle, IL 60532-4379
14696630      Westmont Interior Supply House,    P.O. Box 298,    Westmont, IL 60559-0298
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14696597     +E-mail/Text: dmcanally@wmklaborlaw.com Jun 03 2015 01:50:56
               Chicago Regional Council Carpenters,    12 East Erie St,    Chicago, IL 60611-2796
14912854      E-mail/PDF: mrdiscen@discover.com Jun 03 2015 02:02:34      DISCOVER BANK,    DFS Services LLC,
               PO Box 3025,    New Albany, Ohio  43054-3025
14696600      E-mail/PDF: mrdiscen@discover.com Jun 03 2015 02:02:34      Discover,    POB 6103,
               Carol Stream, IL 60197-6103
14696603      E-mail/Text: collector@dupageco.org Jun 03 2015 01:52:45      DuPage County Collector,
               P.O. Box 4203,    Carol Stream, IL 60197-4203
14696605      E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2015 01:50:47      GMAC,    P.O. BOx 380902,
               Minneapolis, MN 55438-0902
15066292     +E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2015 01:50:47      GMAC,    PO BOX 130424,
               Roseville MN 55113-0004
14696602      E-mail/Text: cio.bncmail@irs.gov Jun 03 2015 01:51:15      District Director IRS,
               230 S Dearborn,    Chicago, IL 60604
14696614      E-mail/Text: EBN_Notifications@OWB.com Jun 03 2015 01:53:07      IndyMac Mortgage Service,
               P.O. Box 4045,    Kalamazoo, MI 49003-4045
14696625     +E-mail/Text: Shea@ExecutiveForums.com Jun 03 2015 01:50:56      Renaissance Executive Forums,
               7855 Ivanhoe Ave.,    Suite 300,    La Jolla, CA 92037-4509
14696623      E-mail/Text: appebnmailbox@sprint.com Jun 03 2015 01:53:11      Nextel,    P.O. Box 4181,
               Carol Stream, IL 60197
14956330      E-mail/Text: appebnmailbox@sprint.com Jun 03 2015 01:53:11      Sprint Nextel  Correspondence,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
14956331      E-mail/Text: appebnmailbox@sprint.com Jun 03 2015 01:53:12      Sprint Nextel Distribution,
               Attn: Bankruptcy Dept,    P.O. Box 3326,    Englewood, CO 80155-3326
```

```
District/off: 0752-1           User: lhuley              Page 2 of 2                  Date Rcvd: Jun 02, 2015
                               Form ID: pdf006          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
21242168        +E-mail/Text: bnc@bass-associates.com Jun 03 2015 01:50:46      eCAST Settlement Corp,,
                 Assignee of Capital One, N.A.(Yamaha),   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14696612*      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:  Illinois Department of Revenue,   100 W. Randolph,
                 Bankruptcy Section L-425,   Chicago, IL 60602)
14696615*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Kansas City, MO 64999)
14696622       ##+Nexgen Building Supplies,   2300 Hammond Drive,   Schaumburg, IL 60173-3816
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2015 at the address(es) listed below:
```
          Charles S. Stahl, Jr.   on behalf of Defendant Ronald  Morgan, Jr. cstahl@smbtrials.com
          Charles S. Stahl, Jr.   on behalf of Defendant Ronald F Morgan, Jr. cstahl@smbtrials.com
          David E Grochocinski    on behalf of Plaintiff David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Elizabeth C Berg   on behalf of Accountant Alan D Lasko bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg   on behalf of Trustee David E Grochocinski bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg   on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Gina B Krol, ESQ   on behalf of Creditor    West Suburban Bank gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ   on behalf of Plaintiff    West Suburban Bank gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Kathleen M. McGuire   on behalf of Plaintiff David E Grochocinski kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Matthew A Olins    on behalf of Creditor    Nicholas & Associates, Inc. maolins@duanemorris.com
          Matthew A Olins    on behalf of Plaintiff    Nicholas & Associates, Inc. maolins@duanemorris.com
          Patience R Clark    on behalf of Creditor    Association of Apartment Owners of Waikoloa Beach
           Villas prc@clarklawchicago.com,   prcpclaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ross W Bartolotta    on behalf of Defendant Ronald  Morgan, Jr. rbartolo@smbtrials.com
          Thomas B Fullerton    on behalf of Defendant Ronald  Morgan, Jr. tfullerton@smbtrials.com
          Timothy M Hughes    on behalf of Debtor Ronald F Morgan, Jr. thughes@lavellelaw.com
          Toni  Townsend    on behalf of Creditor    OneWest Bank, FSB toni.townsend@pierceservices.com,
           northerndistrict@atty-pierce.com
                                                                                               TOTAL: 18
```