# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORGAN, RONALD | § | Case No. 09-42248 |
| | § | |
| Debtor(s) | § | |

## SUCCESSOR CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, successor chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 981,600.00 *(Without deducting any secured claims)* | Assets Exempt: 23,050.00 |
| Total Distributions to Claimants: 522,190.81 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 108,333.58 | |

3) Total gross receipts of $ 640,477.19  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,952.80  (see **Exhibit 2**), yielded net receipts of $ 630,524.39  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,270,513.14 | $ 487,048.97 | $ 487,048.97 | $ 487,048.97 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 151,461.69 | 108,333.58 | 108,333.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,657.31 | 111,350.00 | 20,000.00 | 20,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,079,735.00 | 417,316.32 | 417,316.32 | 15,141.84 |
| **TOTAL DISBURSEMENTS** | $ 2,380,905.45 | $ 1,167,176.98 | $ 1,032,698.87 | $ 630,524.39 |

4)  This case was originally filed under chapter 7 on  11/06/2009 .  The case was pending for 70 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/03/2015                           By:/s/Elizabeth C. Berg, Successor Trustee
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% SUBURBAN EQUIPMENT | 1129-000 | 17,000.00 |
| 821 N. WHEATON AVENUE, WHEATON, IL 60187 | 1210-000 | 535,000.00 |
| TAX REFUNDS | 1224-000 | 150.39 |
| TAX REFUND | 1224-000 | 36,921.69 |
| DEPOSIT ON UNBUILT CONDO IN MAUI | 1229-000 | 46,500.00 |
| SUBURBAN EQUIPMENT CHECKING | 1229-000 | 4,900.75 |
| Interest Earned | 1270-000 | 4.36 |
| TOTAL GROSS RECEIPTS | | $ 640,477.19 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Non-Estate Funds Paid to Third Parties | 8500-000 | 9,952.80 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 9,952.80 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IndyMac Mortgage Service | | 638,000.00 | NA | NA | 0.00 |
| | IndyMac Mortgage Service | | 79,513.14 | NA | NA | 0.00 |
| | West Suburban Bank | | 439,000.00 | NA | NA | 0.00 |
| | West Suburban Bank | | 90,000.00 | NA | NA | 0.00 |
| | FIRST MORTGAGE PAYOFF | 4110-000 | NA | 487,048.97 | 487,048.97 | 487,048.97 |
| 7 | GMAC | 4210-000 | 24,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,270,513.14 | $ 487,048.97 | $ 487,048.97 | $ 487,048.97 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E GROCHOCINSKI | 2100-000 | NA | 8,523.86 | 0.00 | 0.00 |
| ECB SUCCESSOR TRUSTEE | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| DAVID E GROCHOCINSKI | 2200-000 | NA | 16.70 | 16.70 | 16.70 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 84.61 | 84.61 | 84.61 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 126.61 | 126.61 | 126.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 6.49 | 6.49 | 6.49 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATG FEES AND TRANSFERS | 2500-000 | NA | 175.00 | 175.00 | 175.00 |
| ATG OVERNIGHT FEES | 2500-000 | NA | 80.00 | 80.00 | 80.00 |
| ATG TITLE CHARGES | 2500-000 | NA | 1,925.00 | 1,925.00 | 1,925.00 |
| RELEASE FEES | 2500-000 | NA | 43.00 | 43.00 | 43.00 |
| TERMITE INSPECTION | 2500-000 | NA | 400.00 | 400.00 | 400.00 |
| WHEATON SANITARY DISTRICT FINAL | 2500-000 | NA | 53.43 | 53.43 | 53.43 |
| Associated Bank | 2600-000 | NA | 856.59 | 856.59 | 856.59 |
| Green Bank | 2600-000 | NA | 2,549.57 | 2,549.57 | 2,549.57 |
| The Bank of New York Mellon | 2600-000 | NA | 168.90 | 168.90 | 168.90 |
| US BANKRUPTCY COURT, NDIL | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| ATG AS ESCROWEE 2008 REAL ETATE | 2820-000 | NA | 12,451.91 | 12,451.91 | 12,451.91 |
| CITY STAMP | 2820-000 | NA | 25.00 | 25.00 | 25.00 |
| COUNTY AND STATE STAMPS | 2820-000 | NA | 802.50 | 802.50 | 802.50 |
| DUPAGE COUNTY TREASURER 2009 REAL | 2820-000 | NA | 11,244.87 | 11,244.87 | 11,244.87 |
| DUPAGE COUNTY TREASURER 2010 REAL | 2820-000 | NA | 369.72 | 369.72 | 369.72 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD L ROST | 2820-000 | NA | 387.81 | 387.81 | 387.81 |
| CHRISTINE PETERSON | 2990-000 | NA | 56.65 | 56.65 | 56.65 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | NA | 530.00 | 530.00 | 530.00 |
| EUNICE SACHS AND ASSOCIATES | 2990-000 | NA | 197.00 | 197.00 | 197.00 |
| JACKLEEN DE FINI, CSR, RPR | 2990-000 | NA | 771.00 | 771.00 | 771.00 |
| SECRETARY OF STATE | 2990-000 | NA | 95.00 | 95.00 | 95.00 |
| UPS | 2990-000 | NA | 16.93 | 16.93 | 16.93 |
| INNOVALAW, P.C. | 3110-000 | NA | 89,604.25 | 55,000.00 | 55,000.00 |
| INNOVALAW, P.C. | 3120-000 | NA | 295.23 | 295.23 | 295.23 |
| JOHN GROTTO ATTY FEE | 3210-000 | NA | 475.00 | 475.00 | 475.00 |
| RICHARD L ROST | 3210-600 | NA | 9,300.00 | 9,300.00 | 9,300.00 |
| ALAN D. LASKO | 3410-000 | NA | 919.40 | 919.40 | 919.40 |
| ALAN D. LASKO | 3420-000 | NA | 24.76 | 24.76 | 24.76 |
| American Auction | 3620-000 | NA | 410.66 | 410.66 | 410.66 |
| American Acution | 3620-000 | NA | 724.24 | 724.24 | 724.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 151,461.69 | $ 108,333.58 | $ 108,333.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | County of Hawaii | | 3,835.67 | NA | NA | 0.00 |
| | DuPage County Collector | | 11,271.64 | NA | NA | 0.00 |
| | DuPage County Collector | | 9,000.00 | NA | NA | 0.00 |
| | IDES | | 0.00 | NA | NA | 0.00 |
| | IDOR | | 0.00 | NA | NA | 0.00 |
| | IRS | | 0.00 | NA | NA | 0.00 |
| 6 | SOPHIA MORGAN MARKOPOLOUS | 5100-000 | 6,550.00 | 111,350.00 | 20,000.00 | 20,000.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 30,657.31 | $ 111,350.00 | $ 20,000.00 | $ 20,000.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | 0.00 | NA | NA | 0.00 |
| | Bank of America | | 0.00 | NA | NA | 0.00 |
| | Carpenters Benefit Funds of IL | | 0.00 | NA | NA | 0.00 |
| | Chase | | 0.00 | NA | NA | 0.00 |
| | Chase | | 23,708.00 | NA | NA | 0.00 |
| | Chicago Carpenters Trust Fund | | 0.00 | NA | NA | 0.00 |
| | Chicago Regional Council Carpenters | | 0.00 | NA | NA | 0.00 |
| | Chris'Taping Co. | | 0.00 | NA | NA | 0.00 |
| | Global Com Inc. USA | | 0.00 | NA | NA | 0.00 |
| | HSBC | | 14,935.00 | NA | NA | 0.00 |
| | HSBC | | 7,054.00 | NA | NA | 0.00 |
| | Hawaii Electric Light Co. | | 100.00 | NA | NA | 0.00 |
| | Hawaiiana Mgmt. Co. Ltd. | | 10,400.00 | NA | NA | 0.00 |
| | Home Depot | | 0.00 | NA | NA | 0.00 |
| | MacNeal | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | MacNeal Health Network |  | 0.00 | NA | NA | 0.00 |
|  | Nexgen Building Supplies |  | 0.00 | NA | NA | 0.00 |
|  | Realty Associates Fund VII, LP |  | 0.00 | NA | NA | 0.00 |
|  | Renaissance Executive Forums |  | 0.00 | NA | NA | 0.00 |
|  | Revtech |  | 0.00 | NA | NA | 0.00 |
|  | Sykora & Company LLC |  | 0.00 | NA | NA | 0.00 |
|  | West Suburban Bank |  | 993,463.00 | NA | NA | 0.00 |
| 3 | ADVANTA BANK CORP. | 7100-000 | 0.00 | 12,080.56 | 12,080.56 | 1,023.30 |
| 5 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 0.00 | 6,951.06 | 6,951.06 | 588.80 |
| 2 | CHASE BANK USA, N.A. | 7100-000 | 10,000.00 | 599.28 | 599.28 | 50.76 |
| 1 | DISCOVER BANK | 7100-000 | 13,000.00 | 13,166.56 | 13,166.56 | 1,115.29 |
| 10 | KENDLE, MIKUTA, & FENSTERMAKER | 7100-000 | 7,075.00 | 7,575.00 | 7,575.00 | 641.65 |
| 8 | MARTIN LEASING CORPORATION | 7100-000 | 0.00 | 6,421.21 | 6,421.21 | 543.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | NICHOLAS & ASSOCIATES, INC. | 7100-000 | NA | 130,220.00 | 130,220.00 | 11,030.44 |
| 4 | SPRINT NEXTEL CORRESPONDENCE | 7100-000 | 0.00 | 1,743.43 | 1,743.43 | 147.68 |
| 12 | ECAST SETTLE ASSIGN CAPITAL ONE YAM | 7200-000 | NA | 6,809.65 | 6,809.65 | 0.00 |
| 11 | WESTMONT INTERIOR SUPPLY HOUSE | 7200-000 | 0.00 | 231,749.57 | 231,749.57 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,079,735.00 | $ 417,316.32 | $ 417,316.32 | $ 15,141.84 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 09-42248 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | MORGAN, RONALD | | | Date Filed (f) or Converted (c): | 11/06/09 (f) |
| | | | | 341(a) Meeting Date: | 12/22/09 |
| For Period Ending: | 08/03/15 | | | Claims Bar Date: | 03/31/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | DEPOSIT ON UNBUILT CONDO IN MAUI (u)<br>1/2 interest in refund of deposit for condo in Maui (new construction). Undisclosed on original petiion; Settled per Ct order dtd 11/2/2012; Net proceeds split 50/50 with ex-spouse.<br><br>[Note: Asset 1 amended to properly link receipt to this undisclosed asset; former Asset 1 now listed as Asset 20] | 0.00 | 0.00 | | 46,500.00 | FA |
| 2. | 821 N. WHEATON AVENUE, WHEATON, IL 60187 (u)<br>RE jointly owned with former spouse. Undisclosed on original petiion; Sold per Ct order dtd 1/8/2010; Net proceeds split 50/50 with ex-spouse.<br><br>[Note: Asset 2 amended to properly link sale receipt to this undisclosed asset. Former Asset 2 now listed as Asset No. 19] | 0.00 | 11,000.00 | | 535,000.00 | FA |
| 3. | CASH | 50.00 | 0.00 | | 0.00 | FA |
| 4. | CHECKING | 50.00 | 0.00 | | 0.00 | FA |
| 5. | HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. | BOOKS ETC. | 350.00 | 0.00 | | 0.00 | FA |
| 7. | CLOTHING | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. | LIFE INSURANCE | 100.00 | 0.00 | | 0.00 | FA |
| 9. | UNION PENSION | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. | 100% RFM ENTERPRISES | 0.00 | 0.00 | | 0.00 | FA |
| 11. | 100% AMI, INC. | 100.00 | 0.00 | | 0.00 | FA |
| 12. | 100% SUBURBAN EQUIPMENT<br>Owned 4 vehicles: 2000 Chevy K250 Pickup (est. MV $2,525); 2001 Ford F150 (est. MV $2,900); 2003 Ford Stake body (est. MV $12,000); 2002 Ford F150 (est. MV $3,250); $11,000 in note receivables | 31,700.00 | 30,200.00 | | 17,000.00 | FA |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

**Exhibit 8**

| | |
|---|---|
| Case No: | 09-42248   DRC   Judge: DONALD R. CASSLING |
| Case Name: | MORGAN, RONALD |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 11/06/09 (f) |
| 341(a) Meeting Date: | 12/22/09 |
| Claims Bar Date: | 03/31/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --prior trustee sold 2000 Chevy, 2001 Ford F450 and 2003 Ford Stake at auctions per order April 23, 2010 | | | | | |
| --note receivable accounted for in asset 17 | | | | | |
| --2002 Ford F150 not owned by Debtor | | | | | |
| 13. 50% MAXX DEVELOPERS LLC | 5,000.00 | 5,000.00 | | 0.00 | FA |
| Owns 2 parcels of real estate | | | | | |
| 14. 2007 CHEVY SUBURBAN | 23,000.00 | 0.00 | | 0.00 | FA |
| 15. 2008 YAMAHA APEX | 6,000.00 | 3,600.00 | | 0.00 | FA |
| It appears that $3600 of non-exempt equity in used snowmobile was never liquidated by prior TR.  Case is administratively insolvent and costs to locate and sell property are not justified.  ECB successor trustee January 15, 2015, 03:37 pm | | | | | |
| 16. TAX REFUNDS (u) | 0.00 | 150.39 | | 150.39 | FA |
| AMI Inc. refund from State of Illinois | | | | | |
| 17. SUBURBAN EQUIPMENT CHECKING (u) | 4,900.75 | 4,900.75 | | 4,900.75 | FA |
| 18. TAX REFUND (u) | 36,921.69 | 36,921.69 | | 36,921.69 | FA |
| Debtor 2009 US income tax refund | | | | | |
| 19. 1519 FOOTHILL DRIVE, WHEATON, IL 60187 | 450,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted, foreclosed and sold at Sheriff's Sale by secured CR West Suburban Bank. | | | | | |
| 20. WAIKOLOA BEACH VILLAS | 500,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted; Property foreclosed. | | | | | |
| [Note:  Formerly listed as Asset 1] | | | | | |
| INT. Interest Earned (u) | Unknown | N/A | | 4.36 | Unknown |

Gross Value of Remaining Assets

Ver: 18.05

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| Case No: | 09-42248 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | MORGAN, RONALD | | | Date Filed (f) or Converted (c): | 11/06/09 (f) |
| | | | | 341(a) Meeting Date: | 12/22/09 |
| | | | | Claims Bar Date: | 03/31/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,076,672.44 | $91,772.83 | | $640,477.19 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014:  TR Grochochinksi resigned for health reasons on  4-12-14;  Berg appted successor TR 5-19-14.

Successor TR reviewed case docket and prior TR's files; SuceessorTR reconciled accounts,  revised Form I individual

Property Report and determined Assets 1 -20 were fully and properly administered.  Successor TR will review claims and

file final tax estate tax returns prior to closing case.


Prior Trustee activity:

TURNOVER OF DOCUMENTS AND VEHICLES PENDING; SALE OF REAL ESTATE COMPLETED; TAX RETURNS TO BE FILED; LIQUIDATION OF

ASSETS ONGOING; 727 CASE LIKELY; ADVERSARY CASE NO 11A 580 PENDING

Trial conducted. Post trial briefs submitted to Court. Awaiting ruling

Court denied debtor discharge in 11A 580.

Waiting for final tax returns.


Initial Projected Date of Final Report (TFR): 12/30/11      Current Projected Date of Final Report (TFR): 06/30/15

FORM 2                                                                                              Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | |
|---|---|
| Case No: | 09-42248 -DRC |
| Case Name: | MORGAN, RONALD |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | BANK OF NY MELLON |
| Account Number / CD #: | *******9065  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312231199065 | Wire in from JPMorgan Chase Bank, N.A. account 312231199065 Wire in from JPMorgan Chase Bank, N.A. account 312231199065 | 9999-000 | 9,953.81 | | 9,953.81 |
| | 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.34 | | 9,954.15 |
| * | 05/13/10 | 011001 | SECRETARY OF STATE VEHICLE SERVICES DEPARTMENT 501 S SECOND STREET SPRINGFIELD, IL 62756 | REQUEST FOR TITLE FORD F450 2990-000       $-65.00 | 2990-003 | | 65.00 | 9,889.15 |
| * | 05/13/10 | 011001 | SECRETARY OF STATE VEHICLE SERVICES DEPARTMENT 501 S SECOND STREET SPRINGFIELD, IL 62756 | REQUEST FOR TITLE FORD F450 | 2990-003 | | -65.00 | 9,954.15 |
| | 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,954.57 |
| | 06/15/10 | 011002 | SECRETARY OF STATE VEHICLE SERVICES DEPT 501 S SECOND STREET SPRINGFIELD, IL 62756 | REQUEST FOR TITLE ON FORD F450 2990-000       $-95.00 | 2990-000 | | 95.00 | 9,859.57 |
| | 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,859.98 |
| | 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,860.40 |
| | 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,860.81 |
| | 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,860.89 |
| | 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,860.97 |
| | 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,861.05 |
| | 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,861.13 |
| | 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,861.21 |
| | 02/15/11 | 011003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE | 2300-000 | | 6.49 | 9,854.72 |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 18.05

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |

| | |
|---|---|
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | BANK OF NY MELLON |
| Account Number / CD #: | *******9065  Money Market Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | #09-42248, Bond#016026455 | | | | |
| | | | 2300-000          $-6.49 | | | | |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,854.79 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,854.87 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,854.95 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,855.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,855.11 |
| 07/29/11 | 16 | JUDY BAR TOPINKA | TURNOVER OF REFUND PERIOD END | 1224-000 | 150.39 | | 10,005.50 |
| | | TREASURER OF STATE OF ILLINOIS | 12/2009/AMI, INC. | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,005.58 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.90 | 9,986.68 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,986.76 |
| 08/31/11 | 011004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 16.93 | 9,969.83 |
| | | LOCKBOX 577 | 2990-000          $-16.93 | | | | |
| | | CAROL STREAM, IL  60132 | | | | | |
| 08/31/11 | | | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,944.83 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,944.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,919.91 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,919.99 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,894.99 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,895.07 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,870.07 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,870.15 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,845.15 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,845.23 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,820.23 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 9,820.23 | 0.00 |
| | | | 9999-000          $-9,820.23 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No: 09-42248 -DRC
Case Name: MORGAN, RONALD

Trustee Name: Elizabeth C. Berg, Succ. Trustee
Bank Name: BANK OF NY MELLON
Account Number / CD #: *******9065 Money Market Account

Taxpayer ID No: *******6046
For Period Ending: 08/03/15

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 10,107.55 | 10,107.55 | 0.00 |
|  |  | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 9,953.81 | 9,820.23 | |
|  |  | | | Subtotal | | 153.74 | 287.32 | |
|  |  | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
|  |  | | | Net | | 153.74 | 287.32 | |

Ver: 18.05

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          09-42248  -DRC
Case Name:     MORGAN, RONALD

Trustee Name:              Elizabeth C. Berg, Succ. Trustee
Bank Name:                 GREEN BANK
Account Number / CD #:     *******4801  DDA

Taxpayer ID No:  *******6046
For Period Ending:  08/03/15

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 9,820.23 | | 9,820.23 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | 8.73 | 9,811.50 |
| | | | 2300-000        $-8.73 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 11.75 | 9,799.75 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 16.32 | 9,783.43 |
| 04/03/12 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | -16.32 | 9,799.75 |
| 06/05/12 | 005002 | EUNICE SACHS AND ASSOCIATES 218 SHEA DRIVE FLOSSMOOR, IL  60422- | DEPOSITION OF RONALD MORGAN 2990-000        $-197.00 | 2990-000 | | 197.00 | 9,602.75 |
| 06/25/12 | 17 | WEST SUBURBAN BANK LOMBARD, IL  60148- | TURNOVER OF BANK ACCOUNT | 1229-000 | 4,900.75 | | 14,503.50 |
| 07/02/12 | 18 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 36,921.69 | | 51,425.19 |
| 07/11/12 | 005003 | EUNICE SACHS & ASSOCIATES 218 SHEA DRIVE FLOSSMOOR, IL  60462- | INV. 41276/DEPOSITION OF RONALD MORGAN/5/30/12 2990-000        $-530.00 | 2990-000 | | 530.00 | 50,895.19 |
| 09/11/12 | | Green Bank | Bank Service Fee | 2600-000 | | 90.07 | 50,805.12 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 71.43 | 50,733.69 |
| 10/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 81.86 | 50,651.83 |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 84.37 | 50,567.46 |

FORM 2

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |

| | |
|---|---|
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801  DDA |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 401 Greenbriar Houston, TX  77098 | | | | | |
| 12/03/12 | 005004 | CHRISTINE PETERSON 517 INDIANA STREET WHEATON, IL  60187 | WITNESS FEE AND TRAVEL EXPENSE 2990-000        $-56.65 | 2990-000 | | 56.65 | 50,510.81 |
| 12/31/12 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 76.27 | 50,434.54 |
| 01/15/13 | 005005 | JACKLEEN DE FINI, CSR, RPR US COURTHOUSE 219 S DEARBORN STREET ROOM 661/667 CHICAGO, IL  60604 | TRIAL TRANSCRIPT /11A 00580 2990-000        $-771.00 | 2990-000 | | 771.00 | 49,663.54 |
| 01/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 81.10 | 49,582.44 |
| 02/21/13 | 005006 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Bond#016026455 2300-000        $-47.70 | 2300-000 | | 47.70 | 49,534.74 |
| 02/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 72.26 | 49,462.48 |
| 03/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 79.81 | 49,382.67 |

FORM 2

Page:   6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801  DDA |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/13 | 1 | GREENBERG TRAURIG LLP 200 PARK AVENUE FLORHAM, NJ  07932 | CLAIM FOR REFUND OF SECURITY DEPOSIT RE:  HAWAIIAN CONDO | 1229-000 | 46,500.00 | | 95,882.67 |
| 04/16/13 | 005007 | RICHARD L ROST ATTORNEY AT LAW 2041 MAIN STREET WAILUKU MAUI, HI | 1/2 SPECIAL COUNSEL FEE Pursuant to Court order 11/2/12        3210-600        $-9,300.00 | 3210-600 | | 9,300.00 | 86,582.67 |
| 04/16/13 | 005008 | RICHARD L ROST ATTORNEY AT LAW 2041 MAIN STREET WAILUKU MAUI, HI | 1/2 EXCISE TAX Pursuant to Court order 11/2/12        2820-000        $-387.81 | 2820-000 | | 387.81 | 86,194.86 |
| 04/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 139.08 | 86,055.78 |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 148.10 | 85,907.68 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 125.21 | 85,782.47 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 138.42 | 85,644.05 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 147.12 | 85,496.93 |

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        09-42248  -DRC
Case Name:   MORGAN, RONALD

Taxpayer ID No: *******6046
For Period Ending: 08/03/15

Trustee Name:           Elizabeth C. Berg, Succ. Trustee
Bank Name:              GREEN BANK
Account Number / CD #:  *******4801  DDA

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX  77092 | | | | | |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 124.61 | 85,372.32 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 137.76 | 85,234.56 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 137.54 | 85,097.02 |
| 12/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 132.89 | 84,964.13 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 145.95 | 84,818.18 |
| 02/28/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 123.62 | 84,694.56 |
| 03/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 127.85 | 84,566.71 |
| 04/02/14 | 005009 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455  2/01/14 | 2300-000 | | 70.18 | 84,496.53 |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Ver: 18.05

FORM 2                                                                                                Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |
| | |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | to 2/10/15  2300-000      $-70.18 | | | | |
| 06/02/14 | | Transfer to Acct #*******6099 | Bank Funds Transfer Transfer of Estate funds from prior trustee's account at Green Bank to successor trustee's account at Associated Bank | 9999-000 | | 84,224.03 | 272.50 |
| 07/23/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee The Bank Service Fee actually occurred on April 30, 2014. Delay in posting as a result of prior trustee's resignation. | 2600-000 | | 131.97 | 140.53 |
| 07/23/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee The Bank Service Fee actually occurred on May 30, 2014. Delay in posting as a result of prior trustee's resignation. | 2600-000 | | 140.53 | 0.00 |
| * 01/29/15 | | Elizabeth C. Berg Successor Trustee 20 N. Clark St.  #200 Chicago IL 60603 | Sale proceeds - auction of vehicles | | 8,775.76 | | 8,775.76 |
| | | | Memo Amount:     (       724.24 ) Auctioneer expense | 3620-003 | | | |
| | | | Memo Amount:       5,750.00 Sale Proceeds - 2001 Ford F450 Sale proceeds originally deposited into estate of RFM Enterprises (case no. 09-42246) by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle | 1129-003 | | | |
| | | | Memo Amount:       3,750.00 Sale Proceeds - 2000 Chevy Pickup Sale proceeds originally deposited into estate of RFM | 1129-003 | | | |

FORM 2

Page:    9

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |
| | |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | GREEN BANK |
| Account Number / CD #: | *******4801 DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| *    01/29/15 | | Elizabeth C. Berg Successor Trustee 20 N. Clark St.  #200 Chicago IL 60603 | Enterprises (case no. 09-42246) by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle Sale proceeds - auction of vehicles Posted to wrong account | 1129-003 | -8,775.76 | | 0.00 |
| | | | Memo Amount:          724.24 Auctioneer expense | 3620-003 | | | |
| | | | Memo Amount:        5,750.00 Sale Proceeds - 2001 Ford F450 Sale proceeds originally deposited into estate of RFM Enterprises case no. 09-42246 by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle | 1129-003 | | | |
| | | | Memo Amount:        3,750.00 Sale Proceeds - 2000 Chevy Pickup Sale proceeds originally deposited into estate of RFM Enterprises case no. 09-42246 by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle | 1129-003 | | | |
| *    01/29/15 | | Elizabeth C. Berg Successor Trustee 20 N. Clark St.  #200 Chicago IL 60603 | Sale proceeds - auction of vehicle | | 7,089.34 | | 7,089.34 |
| | | | Memo Amount:      (      410.66 ) Auctioneer expense | 3620-003 | | | |
| | | | Memo Amount:        7,500.00 Sale Proceeds - 2003 Ford Stake Sale proceeds originally deposited into estate of RFM | 1129-003 | | | |

FORM 2                                                                                                     Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| Case No: | 09-42248 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MORGAN, RONALD | | Bank Name: | GREEN BANK |
| | | | Account Number / CD #: | *******4801 DDA |
| Taxpayer ID No: | *******6046 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/29/15 | | Elizabeth C. Berg Successor Trustee 20 N. Clark St. #200 Chicago IL 60603 | Enterprises (case no. 09-42246) by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle Sale proceeds - auction of vehicle Posted to wrong account | 1129-003 | -7,089.34 | | 0.00 |
| | | | Memo Amount:         410.66 Auctioneer expense | 3620-003 | | | |
| | | | Memo Amount:       7,500.00 Sale Proceeds - 2003 Ford Stake Sale proceeds originally deposited into estate of RFM Enterprises case no. 09-42246 by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle | 1129-003 | | | |

|  | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 98,142.67 | 98,142.67 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 9,820.23 | 84,224.03 | |
| | | Subtotal | 88,322.44 | 13,918.64 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 88,322.44 | 13,918.64 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

Ver: 18.05

FORM 2

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |

| | |
|---|---|
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6099  Checking Account - ECB Succesor TR |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/14 | | Transfer from Acct #*******4801 | Bank Funds Transfer | 9999-000 | 84,224.03 | | 84,224.03 |
| | | | Transfer of Estate funds from prior trustee's account | | | | |
| | | | at Green Bank to successor trustee's account at | | | | |
| | | | Associated Bank | | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 117.11 | 84,106.92 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 125.05 | 83,981.87 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.86 | 83,857.01 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 120.66 | 83,736.35 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.49 | 83,611.86 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 120.30 | 83,491.56 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 124.12 | 83,367.44 |
| 01/29/15 | | Elizabeth C. Berg | Proceeds-sale of vehicles | | 8,775.76 | | 92,143.20 |
| | | Successor Trustee | | | | | |
| | | Estate of RFM Enterprises, Inc. | | | | | |
| | | 20 N. Clark St.  #200 | | | | | |
| | | Chicago IL 60603 | | | | | |
| | | | Memo Amount:      (        724.24 ) | 3620-000 | | | |
| | | | Auctioneer expenses | | | | |
| | 12 | | Memo Amount:         5,750.00 | 1129-000 | | | |
| | | | Sale proceeds - 2001 Ford F450 | | | | |
| | | | Sale proceeds originally deposited into estate of RFM | | | | |
| | | | Enterprises (case no. 09-42246) by prior trustee; | | | | |
| | | | successor trustee turned over proceeds properly owing | | | | |
| | | | to this estate which owned the vehicle | | | | |
| | 12 | | Memo Amount:         3,750.00 | 1129-000 | | | |
| | | | Sale proceeds - 2000 Chevy Pickup | | | | |
| | | | Sale proceeds originally deposited into estate of RFM | | | | |
| | | | Enterprises (case no. 09-42246) by prior trustee; | | | | |

Ver: 18.05

FORM 2    Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-42248  -DRC |
| Case Name: | MORGAN, RONALD |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6099  Checking Account - ECB Succesor TR |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | successor trustee turned over proceeds properly owing to this estate which owned the vehicle | | | | |
| 01/29/15 | | Elizabeth C. Berg Successor Trustee Estate of Ronald P. Morgan, debtor 20 N. Clark St.  #200 Chicago IL 60603 | Proceeds - sale of vehicle | | 7,089.34 | | 99,232.54 |
| | | | Memo Amount:    (        410.66 ) Auctioneer expense | 3620-000 | | | |
| | 12 | | Memo Amount:        7,500.00 Sale proceeds - 2003 Ford Stake Sale proceeds originally deposited into estate of RFM Enterprises (case no. 09-42246) by prior trustee; successor trustee turned over proceeds to this estate which owned the vehicle | 1129-000 | | | |
| 02/20/15 | 005001 | Arthur B. Levine Company Adams Levine 60 East 42nd Street New York NY 10165 | 2015 Bond Premium | 2300-000 | | 84.61 | 99,147.93 |
| 06/30/15 | 005002 | Elizabeth C. Berg Successor Trustee 20 N. Clark St.  #200 Chicago IL 60603 | Trustee Compensation | 2100-000 | | 7,500.00 | 91,647.93 |
| 06/30/15 | 005003 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL  60462 | Trustee Expenses | 2200-000 | | 16.70 | 91,631.23 |
| 06/30/15 | 005004 | United States Bankruptcy Court 219 S. Dearborn Street 7th Floor Chicago  IL  60604 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 91,381.23 |

FORM 2

Page:   13

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-42248 -DRC |
| Case Name: | MORGAN, RONALD |
| Taxpayer ID No: | *******6046 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6099  Checking Account - ECB Succesor TR |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | 005005 | INNOVALAW, P.C.<br>15020 S. RAVINIA AVE., STE. 29<br>ORLAND PARK, IL  60462 | Attorney for TR Fees (TR Firm) | 3110-000 | | 55,000.00 | 36,381.23 |
| 06/30/15 | 005006 | INNOVALAW, P.C.<br>15020 S. RAVINIA AVE., STE 29<br>ORLAND PARK, IL  60462 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 295.23 | 36,086.00 |
| 06/30/15 | 005007 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago  IL  60603 | TR's Accountant | 3410-000 | | 919.40 | 35,166.60 |
| 06/30/15 | 005008 | Alan D. Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago  IL  60603 | Accountant for TR Exp (Other Firm) | 3420-000 | | 24.76 | 35,141.84 |
| 06/30/15 | 005009 | Sophia Morgan Markopolous<br>821 N. Wheaton Ave.<br>Wheaton, IL  60187 | Claim 6, Payment 100.00% | 5100-000 | | 20,000.00 | 15,141.84 |
| 06/30/15 | 005010 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH  430543025 | Claim 1, Payment 8.47% | 7100-000 | | 1,115.29 | 14,026.55 |
| 06/30/15 | 005011 | Kendle, Mikuta, & Fenstermaker<br>221 N. KaSalle St., Suite 1430<br>Chicago, IL  60601 | Claim 10, Payment 8.47% | 7100-000 | | 641.65 | 13,384.90 |
| 06/30/15 | 005012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  198505145 | Claim 2, Payment 8.47% | 7100-000 | | 50.76 | 13,334.14 |
| 06/30/15 | 005013 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA  193550701 | Claim 3, Payment 8.47% | 7100-000 | | 1,023.30 | 12,310.84 |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*

Ver: 18.05

FORM 2

Page:   14

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-42248  -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | MORGAN, RONALD | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6099  Checking Account - ECB Succesor TR |
| Taxpayer ID No: | *******6046 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | 005014 | Sprint Nextel  Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS  662070949 | Claim 4, Payment 8.47% | 7100-000 | | 147.68 | 12,163.16 |
| 06/30/15 | 005015 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC  282721083 | Claim 5, Payment 8.47% | 7100-000 | | 588.80 | 11,574.36 |
| 06/30/15 | 005016 | Martin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ  08054 | Claim 8, Payment 8.47% | 7100-000 | | 543.92 | 11,030.44 |
| 06/30/15 | 005017 | Nicholas & Associates, Inc.<br>c/o Richard P. Darke, Esq.<br>Duane Morris LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, IL  606033433 | Claim 9, Payment 8.47% | 7100-000 | | 11,030.44 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 17,000.00 | COLUMN TOTALS | | 100,089.13 | 100,089.13 | 0.00 |
| Memo Allocation Disbursements: | 1,134.90 | Less:  Bank Transfers/CD's | | 84,224.03 | 0.00 | |
| | | Subtotal | | 15,865.10 | 100,089.13 | |
| Memo Allocation Net: | 15,865.10 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 15,865.10 | 100,089.13 | |

FORM 2

Page:   15

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  09-42248  -DRC
Case Name:  MORGAN, RONALD

Taxpayer ID No:  *******6046
For Period Ending:  08/03/15

Trustee Name:  Elizabeth C. Berg, Succ. Trustee
Bank Name:  JP MORGAN CHASE BANK
Account Number / CD #:  *******9065  Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/10 | | ATTORNEY'S TITLE GUARANTY FUND | SALE OF REAL ESTATE | | 9,952.80 | | 9,952.80 |
| | | | Memo Amount:     (     9,952.80 ) | 8500-000 | | | |
| | | | SOPHIA MORGAN 1/2 FUNDS TO SPOUSE | | | | |
| | | | Memo Amount:     (     25.00 ) | 2820-000 | | | |
| | | | CITY STAMP | | | | |
| | | | Memo Amount:     (     175.00 ) | 2500-000 | | | |
| | | | ATG FEES AND TRANSFERS | | | | |
| | | | Memo Amount:     (     53.43 ) | 2500-000 | | | |
| | | | WHEATON SANITARY DISTRICT FINAL BILL - SANITARY DISTRICT | | | | |
| | | | Memo Amount:     (     400.00 ) | 2500-000 | | | |
| | | | TERMITE INSPECTION | | | | |
| | | | Memo Amount:     (     80.00 ) | 2500-000 | | | |
| | | | ATG OVERNIGHT FEES | | | | |
| | | | Memo Amount:     (     43.00 ) | 2500-000 | | | |
| | | | RELEASE FEES | | | | |
| | | | Memo Amount:     (     802.50 ) | 2820-000 | | | |
| | | | COUNTY AND STATE STAMPS | | | | |
| | | | Memo Amount:     (     475.00 ) | 3210-000 | | | |
| | | | JOHN GROTTO ATTY FEE | | | | |
| | | | Memo Amount:     (     1,925.00 ) | 2500-000 | | | |
| | | | ATG TITLE CHARGES | | | | |
| | | | Memo Amount:     (     369.72 ) | 2820-000 | | | |
| | | | DUPAGE COUNTY TREASURER 2010 REAL ESTATE TAXES | | | | |
| | | | Memo Amount:     (     487,048.97 ) | 4110-000 | | | |
| | | | FIRST MORTGAGE PAYOFF | | | | |
| | | | Memo Amount:     (     12,451.91 ) | 2820-000 | | | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Ver: 18.05

FORM 2

Page:   16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-42248  -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MORGAN, RONALD | | Bank Name: | JP MORGAN CHASE BANK |
| | | | Account Number / CD #: | *******9065  Money Market Account |
| Taxpayer ID No: | *******6046 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ATG AS ESCROWEE 2008 REAL ETATE TAX ESCROW | | | | |
| | | | Memo Amount:      (    11,244.87 ) | 2820-000 | | | |
| | | | DUPAGE COUNTY TREASURER 2009 REAL ESTATE TAXES | | | | |
| | 2 | | Memo Amount:         535,000.00 | 1210-000 | | | |
| | | | Gross Proceeds from RE sale | | | | |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 9,952.94 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,953.31 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | INTEREST | 1270-000 | 0.44 | | 9,953.75 |
| | | | {BANK RECON} | | | | |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,953.81 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000231199065 | Wire out to BNYM account 000231199065 | 9999-000 | | 9,953.81 | 0.00 |
| | | | Wire out to BNYM account 000231199065 | | | | |
| | | | 9999-000    $-9,953.81 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 535,000.00 | | COLUMN TOTALS | | 9,953.81 | 9,953.81 | 0.00 |
| Memo Allocation Disbursements: | 525,047.20 | | Less:  Bank Transfers/CD's | | 0.00 | 9,953.81 | |
| | | | Subtotal | | 9,953.81 | 0.00 | |
| Memo Allocation Net: | 9,952.80 | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,953.81 | 0.00 | |
| | | | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 552,000.00 | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 526,182.10 | | Money Market Account - *******9065 | | 153.74 | 287.32 | 0.00 |
| | | | DDA - *******4801 | | 88,322.44 | 13,918.64 | 0.00 |
| Total Memo Allocation Net: | 25,817.90 | | Checking Account - ECB Succesor TR - *******6099 | | 15,865.10 | 100,089.13 | 0.00 |
| | | | Money Market Account - *******9065 | | 9,953.81 | 0.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 17

Exhibit 9

| Case No: | 09-42248 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MORGAN, RONALD | Bank Name: | JP MORGAN CHASE BANK |
| | | Account Number / CD #: | *******9065  Money Market Account |
| Taxpayer ID No: | *******6046 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 114,295.09 | 114,295.09 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 30)*